UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:16-cv-21702-UU

STEFANIA ALBI,

    Plaintiff,

v.

PRESTIGE CRUISES INTERNATIONAL INC., *et al.*,

    Defendants.

_____/

## ORDER

THIS CAUSE is before the Court upon Agreed Motion to Stay Discovery and for an Enlargement of Time to File Joint Scheduling Report Pending Ruling on Defendants' Motion to Dismiss for *Forum Non Conveniens*.  D.E. 22.

THE COURT has reviewed the Motion, the pertinent portions of the record and is otherwise fully advised in the premises.

ORDERED AND ADJUDGED that agreed Motion to Stay Discovery and for an Enlargement of Time to File Joint Scheduling Report Pending Ruling on Defendants' Motion to Dismiss for *Forum Non Conveniens* (D.E. 22) is DENIED.

DONE AND ORDERED in Chambers, Miami, Florida, this _10th_ day of June, 2016.

*[signature]*
_____
UNITED STATES DISTRICT JUDGE

cc: counsel of record.